# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

Andrea E. Celli, Esq.      Telephone: (518) 449-2043      For payments Only:
Trustee      Facsimile: (518) 449-2473      P.O Box 1918
Bonnie Baker, Esq.                                                             Memphis, TN 38101-1918
Assoc. Attorney

September 21, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   01-12351            Joseph S. Kwashnak

To Whom It May Concern:

Enclosed please find check **#921939** in the amount of **$1,596.89**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 83 |
| Account# | 242511 |
| Creditor | UMLIC-VP<br>POB 37961<br>Charlotte, NC 28237 |

Very truly yours,

*Cheryl Corning*

**RECEIVED & FILED**

SEP 22 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Cheryl Corning
Office of Andrea Celli